IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIMBERLY J. WILLIAMS,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

8:25-CV-695

ORDER TO SHOW CAUSE

The plaintiff filed this case on December 5, 2025, without paying the filing fee. *See* filing 1. Instead, she filed a motion to proceed in forma pauperis. Filing 2. But that motion was deficient, consisting of a single page and, crucially, missing anything that would constitute an affidavit or other verified declaration of the facts it contained. *See* 28 U.S.C. § 1915(a)(1); *see also* 28 U.S.C. § 1746. Accordingly, the Court denied the motion, explaining that it was incomplete, and directed the plaintiff's counsel to refile the document. Filing 5.

That hasn't been done. As a result, the plaintiff has neither paid the filing fee nor been given leave to proceed in forma pauperis. The plaintiff's complaint is subject to dismissal for failure to pay the filing fee and failure to comply with the Court's previous order. *See* 28 U.S.C. § 1914; Fed. R. Civ. P. 41(b); *see also Brooks v. Special Sch. Dist. of St. Louis Cnty.*, 129 F.3d 121 (8th Cir. 1997). Accordingly,

IT IS ORDERED:

1. On or before February 17, 2026, the plaintiff shall show cause why this case should not be dismissed for failure to

pay the filing fee or move for IFP status and for failure to comply with the Court's orders.

2.      Absent good cause, this case will be dismissed without further notice.

3.      The Clerk of the Court is directed to set a show cause deadline for February 17, 2026.

Dated this 3rd day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

- 2 -