IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIMBERLY J. WILLIAMS,

               Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

8:25-CV-695

ORDER

The Court previously directed the plaintiff to refile her motion for leave to proceed *in forma pauperis* because her motion was unsupported by a proper affidavit. Filing 5. The plaintiff did not comply. Then, the Court ordered the plaintiff to show cause why this case should not be dismissed based on her failure to pay the filing fee or properly move for leave to proceed *in forma pauperis*. Filing 9. The plaintiff has not responded. Accordingly, this case will be dismissed pursuant to NECivR 3.2 for failure to pay the filing fee and Fed. R. Civ. P. 41(b) for failing to comply with the Court's orders. *See Brooks v. Special Sch. Dist. of St. Louis Cnty.*, 129 F.3d 121 (8th Cir. 1997).

IT IS ORDERED:

1.    This case is dismissed without prejudice.

2.    A separate judgment will be entered.

Dated this 18th day of February, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge